```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

**RICKY LEE WEBB, JR.,**              :

    **Plaintiff,**                    :

**vs.**                               :     **CIVIL ACTION NO.**

**MRS. WHITE,**                       :     **13-00153-CB-B**

    **Defendant.**                    :

<u>**ORDER**</u>

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. '636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** Case No. 1:13-CV-00153-CB-B and DOCKET the complaint in this action as an amendment to the complaint in Case No. 1:13-CV-0000134-WS-N).

    **DONE** this 1st day of May, 2013.

                              s/Charles R. Butler, Jr.
                              Senior United States District Judge